UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Petitioner,<br><br>V.<br><br>TIFFANY AND COMPANY PLATINUM AND DIAMOND SOLITAIRE RING, SERIAL NO. 35454462;<br><br>14K WHITE GOLD PRINCESS CUT DIAMOND EARRINGS;<br><br>CARTIER PASHA SEATIMER WITH STEEL RUBBER WATCHBAND, SERIAL NO. 480812SX;<br><br>BALLON BLEU DE CARTIER WATCH, 33MM QUARTZ MOVEMENT, SERIAL NO. 544559SX; AND<br><br>BREITLING NAVITIMER LIMITED EDITION MENS WATCH, SERIAL NO. 3144690;<br><br>                            Respondents. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>) SA17CA0282 FB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF COMPLAINT FOR FORFEITURE

1. On _____, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas, against the following properties:

    Tiffany and Company Platinum and Diamond Solitaire Ring, Serial No. 35454462;
    14k White Gold Princess Cut Diamond Earrings;
    Cartier Pasha Seatimer with Steel Rubber Watchband, Serial No. 480812SX;
    Ballon Bleu de Cartier Watch, 3mm Quartz Movement, Serial No. 544559SX; and
    Breitling Navitimer Limited Edition Mens Watch, Serial No. 3144690;

hereinafter referred to as "Respondent Jewelry," for violations of Title 18 U.S.C. § 1957, and

**APPENDIX B**

subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), and for violations of Title 21 U.S.C. § 801 *et. seq.*, and subject to forfeiture to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6).

2. Pursuant to Supplemental Rule G(4)(b) notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Jewelry. Pursuant to Supplemental Rule G(4)(b) any person claiming an interest in the Respondent Jewelry who has received direct notice of this forfeiture action must file a Claim in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served.** An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within twenty-one (21) days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the U.S. District Court, 655 East Cesar E. Chavez Blvd., Room G65, San Antonio, Texas 78206, and copies of each shall be served upon Assistant United States Attorney Mary Nelda G. Valadez, United States Attorney's Office, 601 NW Loop 410, Suite 600, San Antonio, TX 78216, or default and forfeiture will be ordered. *See* 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.