UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

MAY 2 5 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Petitioner, | § | |
| | § | |
| V. | § | SA-17-CA-0282-FB |
| | § | |
| TIFFANY AND CO. PLATINUM | § | |
| AND DIAMOND SOLITAIRE RING | § | |
| SERIAL NO. 35454462 | § | |
| | § | |
| , et al. | § | |
| Respondents | § | |
| | § | |
| ALEXIS E. ALVAREZ, and A.E. | § | |
| ALVAREZ INVESTMENTS, | § | |
| together as 'Claimant" | § | |

## CLAIM FOR SEIZED ASSETS SUBJECT TO FORFEITURE

TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT JUDGE, WESTERN
DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Comes Now, Alexis E. Alvarez, Claimant in the above styled *In Rem* causes of action, by

and through undersigned Counsel, and respectfully moves this Honorable Court to recognize this

Claim for Seized Assets Subject to Forfeiture, pursuant to 18 U.S.C. §§ 981, and 983, the Federal

Rules of Civil Procedure, and all other applicable laws and precedent, and for good cause would

show this court the following:

### I.

### Government's Verified Complaint for Forfeiture

The government has filed a Verified Complaint for Forfeiture against Claimant's assets[1],

including:

-Tiffany and Co. Platinum and Diamond Solitaire Ring, Serial No. 35454462

---

[1] *See* Doc. 1, filed 4/5/17

-14K White Gold Princess cut Diamond Earrings

-Cartier Pasha Seatimer with Steel Rubber Watchband, Serial No. 480812SX

-Ballon Bleu de Cartier Watch, 33mm Quartz Movement, Serial No. 544559SX; and

-Breitling Navitimer Limited Edition Mens Watch, Serial No. 3144690

## II.

### Claimant's Interest in Subject Assets

This paragraph will serve as the official claim to the above listed subject assets from Alexis Alvarez personally and as Manager of A.E. Alvarez Investments (together as "Claimant").

Claimant has an interest in the subject property by actual possession, control, title, or financial stake.

The subject property is now under the control and custody of the government.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray this Honorable Court recognizes on this Claim for Seized Assets Subject to Forfeiture. Claimant also prays for any alternative relief to which they may be entitled at law, in equity, or under this Court's supervisory power.

Respectfully Submitted,

John A. Convery
SBN: 04715100
Hasdorff & Convery, P.C.
1007 S. Alamo
San Antonio, Texas 78210
(210) 738-9060
(210) 738-9426 fax
hasconpc@aol.com

### Claimant's Verification of Claim to Seized Assets

I, Alexis E. Alvarez, hereby verify, under oath, subject to penalty of perjury, that this Claim is true and correct.



Alexis E. Alvarez, as "Claimant"

Subscribed and Sworn before me by said Alexis Alvarez on this 24th day of May

_____, 2017.

Notary Public State of Texas

ASHLEY LEE ANN COTTON
My Commission Expires
August 7, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing claim was filed

with the U.S. District Clerk's Office and a copy was delivered to the U.S. Attorney's office.


_____

John A. Convery